## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

JUAN CARLOS G. A.,

          Petitioner,

v.

PAMELA BONDI, *Attorney General*;
KRISTI NOEM, *Secretary, U.S.
Department of Homeland Security*;
TODD M. LYONS, *Acting Director of
Immigration and Customs Enforcement*;
and DAVID EASTERWOOD, *Acting
Director, St. Paul Field Office,
Immigration and Customs Enforcement*,

          Respondents.

Case No. 26-cv-941 (LMP/SGE)

**ORDER GRANTING
HABEAS PETITION**

Emily E. E. Curran, **Housing Justice Center, Saint Paul, MN**, for Petitioner.

Ana H. Voss and Julie T. Le, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

Petitioner Juan Carlos G. A. is a citizen of Ecuador who has resided in the United States since September 2020. ECF No. 1 ¶ 12. He is not subject to a final order of removal. *Id.* ¶ 13. He was arrested by immigration officials in Minneapolis, Minnesota, on February 1, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *Id.* ¶ 15. Juan Carlos G. A. asserts that Respondents (the "Government") have detained him pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2). *Id.* ¶ 31. He contends that he is not subject to detention under 8 U.S.C. § 1225(b)(2) but instead is subject to detention, if at all, under 8 U.S.C. § 1226(a), and that

the Government has not presented a warrant that justifies his detention. *See id.* Juan Carlos
G. A. filed a verified petition for a writ of habeas corpus challenging the lawfulness of his
detention. *See generally id.*

This Court has concluded that the mandatory detention provisions of 8 U.S.C.
§ 1225(b)(2) do not apply to noncitizens similarly situated to Juan Carlos G. A. *See*
*Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn.
Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074,
at *2–3 (D. Minn. Dec. 19, 2025). This Court has further held that to the extent such
noncitizens are detained pursuant to 8 U.S.C. § 1226(a), the Government must present an
administrative warrant to justify their detention. *See Joaquin Q. L. v. Bondi*,
No. 26-cv-233, 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026); *see also* 8 U.S.C.
§ 1226(a) (stating that a noncitizen "may be arrested and detained" pending removal "[o]n
a warrant issued by the Attorney General"). Accordingly, the Court ordered the
Government to answer Juan Carlos G. A.'s petition by February 4, 2026, "certifying the
true cause and proper duration of Juan Carlos G. A.'s confinement," including a "good-
faith argument as to whether—and if so, why—this matter is materially distinguishable,
either factually or legally, from *Roberto M. F.*, *Victor Hugo D. P.*, and *Joaquin Q. L.*" ECF
No. 3 at 2–3.

The Government timely responded and concedes that Juan Carlos G. A.'s petition
"raises legal and factual issues similar to those in prior habeas petitions this Court has
decided." ECF No. 4. Nevertheless, the Government "assert[s] all arguments raised by
the government in *Avila* [*v. Bondi*, No. 25-3248 (8th Cir. docketed Nov. 10, 2025)],

preserve[s] those arguments for any appeal in this case, and respectfully request[s] that the Court deny [Juan Carlos G. A.'s] habeas petition." *Id.*

Because nothing distinguishes Juan Carlos G. A.'s case from those the Court has previously decided, and because the Government has not presented a warrant that would justify Juan Carlos G. A.'s detention under 8 U.S.C. § 1226(a), the Court concludes that Juan Carlos G. A. is entitled to immediate release from custody. *See Joaquin Q. L.*, 2026 WL 161333, at *2–3; *see also Ahmed M. v. Bondi et al.*, 25-cv-4711 (ECT/SGE), 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026). The Court therefore grants Juan Carlos G. A.'s petition as set forth below.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings in this matter,

**IT IS HEREBY ORDERED** that:

1.  Juan Carlos G. A.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

2.  The Government is **ORDERED** to release Juan Carlos G. A. from custody by no later than 5:00 p.m. on Thursday, February 5, 2026; and

3.  The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 12:00 p.m. on Friday, February 6, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 3, 2026                    *s/Laura M. Provinzino*
                                           Laura M. Provinzino
                                           United States District Judge

3