# UNITED STATES DISTRICT COURT

## District of Minnesota

Juan Carlos Guaman Alvarez

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-00941 LMP-SGE

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Juan Carlos G. A.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Juan Carlos G. A. from custody by no later than 5:00 p.m. on Thursday, February 5, 2026; and
3. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than 12:00 p.m. on Friday, February 6, 2026.

Date: 2/3/2026

KATE M. FOGARTY, CLERK